# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

ROBERT McMAHON,                    ) SA CV 08-00834-SH
                                   )
        Plaintiff,              ) JUDGMENT
   v.                              )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security    )
Administration,                    )
                                   )
        Defendant.              )
_____    )

    IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded.

DATED: December 2, 2009

                                          / S /
                         _____
                         STEPHEN J. HILLMAN
                    UNITED STATES MAGISTRATE JUDGE